FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMI MCCOY, a married woman,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:23-CV-00056-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is Parties' Stipulated Motion for Order of Dismissal, ECF No. 28. Plaintiff is represented by Nicole Palmerton. Defendant is represented by Timothy Durkin. The motion was considered without oral argument.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have resolved the above-captioned case and request the Court dismiss with prejudice, with each party bearing their own costs and fees. The Court grants the motion.

//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Order of Dismissal, ECF No. 28, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** and without fees or costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of July 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL *2**